476 F.2d 1285
 Guadalupe GUAJARDO, Jr., Petitioner-Appellant,
v.
C. L. McADAMS, Warden, Wynne Unit, Texas Department of
Corrections, Respondent-Appellee.
 No. 73-1497.
 United States Court of Appeals,
Fifth Circuit.
 May 14, 1973.
 
 Harry Reasoner, Richard J. Trabulsi, Houston, Tex. (Court-appointed), for petitioner-appellant.
 John L. Hill, Atty. Gen., Gilbert J. Pena, Asst. Atty. Gen., Austin, Tex., for respondent-appellee.
 Before JOHN R. BROWN, Chief Judge, and WISDOM, GEWIN, BELL, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, DYER, SIMPSON, MORGAN, CLARK, INGRAHAM and RONEY, Circuit Judges.
 
 BY THE COURT:
 
 1
 The Court on its own motion having determined to consider this cause en banc,
 
 
 2
 It is ordered that the above entitled cause shall be heard en banc with oral argument on a date hereafter to be fixed.